IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PDC MACHINES INC. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-5399 |
| | : | |
| NEL HYDROGEN A/S | : | |
| *formerly known as* | : | |
| H2 LOGIC A/S, et al. | : | |

# **ORDER**

AND NOW, this 22nd day of August, 2018, upon consideration of Defendants Nel Hydrogen A/S and Joshua Andrew Adams's Motion to Compel Arbitration and Stay Proceedings, Plaintiff PDC Machines Inc.'s opposition thereto, Defendants' reply, and the parties' presentations at the August 7, 2018, oral argument on the Motion, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 46) is DENIED.

It is further ORDERED Defendants' Motion for Expedited Hearing and Stay Pending Determination of Motion to Compel Arbitration (Document 45) is DISMISSED as moot.

BY THE COURT:

    /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.